[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] OPINION AND JUDGMENT ENTRY
* * * * *
This is an accelerated appeal from a judgment of the Williams County Court of Common Pleas which granted summary judgment to appellees, PIE Nationwide, Inc. and Paul Thornton. Appellant, Rick E. McQuillin, Administrator of the Estate of Aaron M. McQuillin, Deceased, sets forth the following assignment of error:
 "The Trial Court erred in finding that there was no genuine issue as to any material fact and that reasonable minds can only conclude that movants (appellees) owed no duty of care to plaintiff (appellant) and in granting the Motion for Summary Judgment file by Appellees, PIE Nationwide and Paul Thornton."
Appellant's assignment of error is found not well-taken on the authority of this court's decision in Duval v. Mears
(1991), 77 Ohio App.3d 270. Although the facts in Duval differ slightly from those of the instant case, the rule of law set forth in Duval is directly applicable. The judgment of the Williams County Court of Common Pleas is affirmed. Costs assessed to appellant.
JUDGMENT AFFIRMED.
A certified copy of this entry shall constitute the mandate pursuant to App.R. 27. See, also, 6th Dist.Loc.App.R. 4, amended 1/1/98.
 _______________________________~ Peter M. Handwork, P.J.
JUDGE
 _______________________________ Melvin L. Resnick, J.
JUDGE
 _______________________________ Richard W. Knepper, J.
JUDGE
CONCUR.